UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

Farhat v. Unique Healthcare Systems, LLC
8:21-cv-01319-SDM-JSS

| | |
|---|---|
| **Date**: April 7, 2022 | **Court Reporter**: Digital (Zoom) |
| | **Interpreter**: N/A |
| **Time**: 10:04 AM – 10:22 AM | Total:  18 Mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Manuel Santiago Hiraldo, Pl. | Isaac Ruiz-Carus, Def. |

| **Motion Hearing** |
|---|
| All parties appeared via Zoom Video and consented to Zoom hearing. |
| Matter is before the Court on Plaintiff's First Motion to Compel Discovery Responses (Dkt. 34) and Defendant's Amended Motion to Bifurcate Discovery (Dkt. 43.) |
| Court hears argument by counsel. |
| Court grants Plaintiff's Motion to Compel (Dkt. 34) |
| Court denies Defendant's Amended Motion to Bifurcate Discovery (Dkt. 43). |
| Will issue a written order. |
| Court in recess. |