UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA FARHAT,

    Plaintiff,

v.                                              Case No: 8:21-cv-1319-SDM-JSS

UNIQUE HEALTHCARE SYSTEMS,
LLC,

    Defendant.
_____/

## ORDER

THIS MATTER is before the court on Plaintiff's Motion to Compel Discovery Responses (Dkt. 34) and Defendant's Response in Opposition (Dkt. 36), and Defendant's Amended Motion to Bifurcate Discovery (Dkt. 43) and Plaintiff's Response in Opposition (Dkt. 45) ("Motions"). On April 7, 2022, the court held a hearing on the Motions. Upon consideration, and for the reasons stated at the hearing, it is **ORDERED**:

1. Plaintiff's Motion to Compel Discovery (Dkt. 34) is **GRANTED** to the extent that although Defendant states the information Plaintiff is requesting is not within its possession, Defendant has agreed to aid in gathering the information pertaining to putative members of the class action and supplement its responses to Plaintiff's Requests for Production Nos. 1-3,5-9,11,12,15-22, 24, 26, 29-35 and Interrogatories Nos. 1-2,4-6, 9, 11-14, 16-

18, 21. In supplementing its responses, Defendant shall redact any personally identifiable information that is included in the disclosed materials, consistent with this court's prior order (Dkt. 39).

2. Defendant's Amended Motion to Bifurcate Discovery (Dkt. 43) is **DENIED**. Defendant clarified at the hearing that it was not seeking to have discovery bifurcated but requesting that discovery regarding the putative class members proceed as set forth above to protect the privacy rights of Defendant's patients while allowing Plaintiff to obtain the information she needs to seek class certification.

**DONE** and **ORDERED** in Tampa, Florida, on April 8, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record