UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case Number: 8:21-cv-01319

LINDA FARHAT,
individually and on behalf of all
others similarly situated,                              **CLASS ACTION**

     Plaintiff,                             **JURY TRIAL DEMANDED**

v.

UNIQUE HEALTHCARE SYSTEMS, LLC
d/b/a AFC URGENT CARE PINELLAS PARK,

     Defendant.
_____/

**<u>JOINT STIPULATION OF DISMISSAL <i>WITH</i> PREJUDICE</u>**

It is hereby stipulated and agreed by and between Plaintiff Linda Farhat and Defendant, Unique Healthcare Systems, LLC d/b/a AFC Urgent Care Pinellas Park pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety <u>with</u> prejudice, with each party bearing its own fees and costs.  All claims of the putative class are hereby dismissed <u>without</u> prejudice.

Respectfully submitted,

Dated: 7/19/2022

| */s/ Michael Eisenband* <br> Michael Eisenband, Esq. <br> Florida Bar No. 94235 <br> 515 E Las Olas Blvd, Suite 120 <br> Fort Lauderdale, FL 33301 <br> MEisenband@Eisenbandlaw.com <br><br> ***Attorney for Plaintiff*** | */s/ Isaac R. Ruiz-Carus* <br> Isaac R. Ruiz-Carus <br> Florida Bar No. 17004 <br> 1 North Dale Mabry Highway, 11th Floor <br> Tampa, FL 33609 <br> IRR.Service@rissman.com <br><br> ***Attorney for Defendant,*** |
|---|---|
| | |