UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA FARHAT,

    Plaintiff,

v.                                                                          CASE NO. 8:21-cv-1319-SDM-MRM

UNIQUE HEALTHCARE
SYSTEMS, LLC,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 51), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 25, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE